# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| THEODORE W. SCHELL, SR., | : | No. 15 MM 2020 |
| Petitioner | : | |
| v. | : | |
| DELAWARE COUNTY COURT OF COMMON PLEAS, | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 14th day of April, 2020, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and/or Extraordinary Relief and the "Application for Leave of the Court to File Post-Submission Evidence" are DENIED.